UNITED STATES DISTRICT COURT

DISTRICT OF OREGON,

EUGENE DIVISION

| | |
|---|---|
| **GARY GROENEWEG**, <br><br> Plaintiff, <br><br> vs. <br><br> **JELD-WEN, INC.**, a Delaware corporation, <br><br> Defendant. | Case No. 6:20-cv-01030-AA <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

THIS CAUSE is before the Court on the Joint Motion for Dismissal With Prejudice filed by Plaintiff GARY GROENEWEG and Defendant JELD-WEN, INC. The Court, having considered the Joint Motion and being otherwise fully advised in the premises,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the above-captioned matter is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

**DONE AND ORDERED** this  9th   day of September 2025.

      /s/Ann Aiken
      Hon. Ann Aiken
      United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE – Page 1

**Dwyer Williams Cherkoss**
ACCIDENT INJURY ATTORNEYS
1558 SW Nancy Way, Suite 101, Bend, OR 97702
Phone: (541) 617-0555    Fax: (541) 617-0984
alex@rdwyer.com